UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA P. TOTH as Executor of the Estate of
Justin Darren Porter,

Plaintiff,

-against-

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

Defendant.

26-CV-422 (JGLC)

THE NORTHWESTERN MUTUAL
LIFEINSURANCE COMPANY,

Plaintiff,

-against-

DONNA P. TOTH as Executor of the Estate
ofJustin Darren Porter, et al.,

Defendants.

25-CV-10030 (JGLC)

## ORDER

JESSICA G. L. CLARKE, United States District Judge:

On January 23, 2026, the Court ordered the parties to file a joint letter, which was to include "[t]he parties' positions on the consolidation of cases 26cv422 and 25cv10030," by February 24, 2026. ECF No. 5 at 1–2. On February 24, 2026, the parties filed a joint letter in 25cv10030, but did not address 26cv422 or consolidation. Case No. 25cv10030, ECF No. 6.

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 25-CV-10030, and to close 26-CV-422. All future filings shall be on the 25-CV-10030 docket.

Additionally, because the parties indicated in their letter that "there is no need for a pretrial conference," the conference in this matter, previously scheduled for March 3, 2026, at 2:30 p.m., is ADJOURNED.

The parties shall file a letter by March 4, 2026, setting forth a proposed summary judgment briefing schedule.

Dated: February 26, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge