UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>  -against-<br><br>DONNA P. TOTH, & JEANNE DONOVAN,<br><br>     Defendants. | 25-CV-10030 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On March 5, 2026, Plaintiff The Northwestern Mutual Life Insurance Company ("NWM") filed a letter, informing the Court that "NVM has reached a resolution of its involvement in this lawsuit . . . [and that] NVM will submit a proposed consent order within 30 days permitting deposit of the life insurance benefits with the Clerk of the Court." ECF No. 11. Thirty days have passed since Plaintiff's letter and, to the Court's knowledge, the competing claims between Defendants have not yet been resolved. However, Plaintiff has not yet filed its proposed consent order. The Court directs Plaintiff to file either its proposed consent order or a status letter updating the Court on Plaintiff's involvement in this matter, no later than **April 17, 2026**.

Dated: April 7, 2026
    White Plains, New York

         SO ORDERED.

         *Jessica Clarke*

         JESSICA G. L. CLARKE
         United States District Judge